176

## IN THE MATTER OF JAMES MAY

### 1809

#### JOURNAL ENTRIES

1. Complaint filed . . . . . . . . . . *Journal, infra,* \*p. 227
2. Read; ordered returned . . . . . . . . . . " 235

#### PAPERS IN FILE
[None]

## DANIEL SUTHERLAND
### v.
## GABRIEL GODFROY

### 1809

#### JOURNAL ENTRIES

1. Dismissal . . . . . . . . . . *Journal, infra,* \*p. 232

#### PAPERS IN FILE
[None]

## ABBOTT & CURRY
### v.
## JOSEPH CAMPAU

### 1809

#### JOURNAL ENTRIES

1. Continuance . . . . . . . . . . *Journal, infra,* \*p. 232
2. Discontinuance . . . . . . . . . . . . " 312

#### PAPERS IN FILE
[None]